29 OCT 15

Ms. Cathy S. Lusk, Clerk
12th Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 02 2015

TYLER TEXAS
PAM ESTES, CLERK

RE: Court of Appeals Cause Number 12-15-00190-CV
    Trial Court Number 3-42362
    Billy Ross Sims, Appellant, pro se

TO THE HONORABLE CATHY LUSK:

Dear Ms. Lusk,

        The TDCJ has moved me to a new address as follows:

                    Billy Ross Sims, 511649
                    Wynne Unit, TDCJ-CID
                    810 FM 2821 West
                    Huntsville, TX 77349


Would you please change the record to reflect the new address.

        Thank you,

        Billy R. Sims

        Billy Ross Sims, 511649
        Wynne Unit, TDCJ-CID
        810 FM 2821 West
        Huntsville, TX 77349